**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Post Office Box 28340
Fresno, California 93729
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys for: **Defendant, PAUL NOKHAM**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12CR0341 LJO-SKO |
| Plaintiff(s), | **STIPULATION TO VACATE PRETRIAL RELEASE CONDITION; DECLARATION OF PETER M. JONES IN SUPPORT OF STIPULATION; AND ORDER THEREON** |
| v. | |
| PAUL NOKHAM | |
| Defendant. | |

      Defendant, PAUL NOKHAM, by and through counsel, Peter M. Jones, and Plaintiff, UNITED STATES OF AMERICA, by and through counsel, Benjamin B. Wagner hereby stipulate as follows:

      That the condition of pretrial release that the Defendant reside with a third party custodian be vacated. All other terms and conditions of pretrial release are to remain in full force and effect.

{7300/002/00395398.DOC}

1

---
**STIPULATION TO VACATE PRETRIAL RELEASE CONDITION; DECLARATION OF PETER M. JONES; AND [PROPOSED] ORDER**

**DECLARATION OF PETER M. JONES**

1. I am an attorney duly licensed to practice in the State of California.

2. I am with the law firm of Wanger Jones Helsley PC, counsel of record for Defendant, PAUL NOKHAM ("Defendant") in the above-captioned action. Except as to matters based on information and belief, I have personal knowledge of the matters set forth in this Declaration. Regarding matters stated on information and belief, I believe them to be true. If called upon as a witness to testify about the content of this Declaration, I could and would competently do so.

3. One of the conditions of Defendant's pretrial release was that he reside with a third party custodian. I have discussed this condition with Pretrial Services Officer, Dan Starks. Officer Starks has no opposition to the Third Party Custodian condition of the Defendant's release being vacated.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration was executed on February 11, 2013, at Fresno, California.

                                                /s/ Peter M. Jones
                                                Peter M. Jones

Dated: February 11, 2013        Respectfully submitted,

                                        By: /s/ PETER M. JONES
                                              PETER M. JONES, Attorney for
                                              Defendant, PAUL NOKHAM

Dated: February 11, 2013        BENJAMIN B. WAGNER, U.S. Attorney

                                        UNITED STATES ATTORNEY'S OFFICE

                                        By: /s/ KAREN A. ESCOBAR
                                              KAREN A. ESCOBAR,
                                              Assistant U.S. Attorney

{7300/002/00395398.DOC}

# **ORDER**

Having reviewed the above Stipulation and Good Cause Appearing, it is hereby ordered that the condition of pretrial release requiring Defendant, Paul Nokham to reside with a third party custodian be vacated. All other conditions of release shall remain in full force and effect.

IT IS SO ORDERED.

Dated: __**February 12, 2013**__                    _____**/s/ Sheila K. Oberto**_____
                                                                        UNITED STATES MAGISTRATE JUDGE

{7300/002/00395398.DOC}

3

**STIPULATION TO VACATE PRETRIAL RELEASE CONDITION; DECLARATION OF PETER M. JONES; AND [PROPOSED] ORDER**