**ROGER K. LITMAN, 57634**
**Attorney at Law**
**Civic Center Square**
**2300 Tulare Street, Suite 230**
**Fresno, California 93721**
**Telephone:    (559) 237-6000**
**Facsimile:    (559) 233-6044**

**Attorney for Defendant, THAVONE ONSYPHANLA**

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO. 1:12-CR-00341 LJO** |
| ) | |
| **Plaintiff,** ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **TO CONTINUE JURY TRIAL** |
| ) | |
| **THAVONE ONSYPHANLA,** ) | |
| **ET AL.,** ) | |
| ) | |
| **Defendants** ) | |
| _____ ) | |

**The parties hereto, by and through their respective attorneys, stipulate and agree that the jury trial calendared for December 3, 2013 be continued to January 28, 2014, at 8:30 a.m. before the Honorable Lawrence J. O'Neill, United States District Court Judge. Trial Confirmation is scheduled for January 13, 2014 at 8:30 a.m. Additionally, all**

motions in limine, and any other pretrial motions, shall be filed by December 20, 2013, and the Government's response is due by January 8, 2014.

This continuance is necessitated by the fact that defense counsel, Roger K. Litman, is scheduled to undergo surgery on December 6, 2013. The nature of the injury suffered by Mr. Litman, and the surgery required, has been discussed with the government and with all defense counsel in this matter. All agree that for purposes of good cause, said surgery is necessary and that the date selected by Mr. Litman's physician for the surgery is reasonable to support actual and legal findings by the court that good cause exists to continue the jury trial of this matter.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: November 7, 2013        /s/ Karen Escobar
                                                     KAREN ESCOBAR
                                                   Assistant United States Attorney
                                                   This was agreed to by Ms. Escobar
                                                   by telephone on November 7, 2013

DATED: November 7, 2013        /s/ Roger K. Litman
                                                   ROGER K. LITMAN
                                                   Attorney for Defendant
                                                   THAVONE ONSYPHANLA

DATED: November 7, 2013        /s/ Barbara Hope O'Neill
                                                   BARBARA HOPE O'NEILL
                                                   Attorney for Defendant
                                                   RASSAMEI PHOTHIDOKMAI
                                                   This was agreed to by Ms. Hope O'Neill
                                                   by telephone on November 7, 2013

DATED: November 7, 2013        /s/Peter Jones
                                                   PETER JONES
                                                   Attorney for Defendant
                                                   PAUL NOKHAM
                                                   This was agreed to by Mr. Jones
                                                   via email on November 7, 2013

| | |
|---|---|
| DATED: November 5, 2013 | /s/Gary Huss<br>**GARY HUSS**<br>**Attorney for Defendant**<br>**PHONEPASEJTH PHAPHILOM**<br>**This was agreed to by Mr. Huss**<br>**via email on November 6, 2013** |

IT IS SO ORDERED.

Dated: **November 7, 2013**

/s/ Lawrence J. O'Neill

UNITED STATES DISTRICT JUDGE